**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____   Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**: BTG Textiles, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 45-2398170

4. **Debtor's address**

   Principal place of business:
   710 Union Street
   Montebello, CA 90640
   Number, Street, City, State & ZIP Code

   Los Angeles
   County

   Mailing address, if different from principal place of business:
   P.O. Box, Number, Street, City, State & ZIP Code

   Location of principal assets, if different from principal place of business:
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**: https://btgtextiles.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **BTG Textiles, Inc.**  _____    Case number (if known) _____
     Name

7. Describe debtor's business

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2299__

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   If more than 2 cases, attach a separate list.

   - ■ No
   - ☐ Yes.

   District _____    When _____    Case number _____
   District _____    When _____    Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    - ■ No
    - ☐ Yes.

Debtor   **BTG Textiles, Inc.** _____   Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district*? | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  BTG Textiles, Inc.
_____
Name                                                                                    Case number (if known) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor

I have examined the information in this petition and have a reasonable belief that the information is true and correct

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/24/2025
             MM / DD / YYYY

X _____          Yohan Soleman Chowdhury
Signature of authorized representative of debtor     Printed name

Title   President and CEO

**18. Signature of attorney**

X _____          Date  1/24/2025
Signature of attorney for debtor                       MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone   (310) 271-6223        Email address   michael.berger@bankruptcypower.com

100291 CA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | BTG Textiles, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bank of America<br>Attn: Bankruptcy<br>NC4-10<br>POB 26012<br>Greensboro, NC 27410 | | Credit Card | | | | $33,719.46 |
| C.H. Robinson International Inc.<br>PO Box 9121<br>Minneapolis<br>Minneapolis, MN 55480 | | Vendor | | | | $181,015.00 |
| California Department of Tax and Fee Administration<br>P O Box 942879<br>Sacramento, CA 94279 | | Sales tax | | | | $35,286.58 |
| Capital One<br>P.O. Box 60024<br>City Of Industry, CA 91716-0024 | | Credit Card | | | | $126,525.89 |
| DHX<br>PO Box 845871<br>Los Angeles, CA 90084 | | Vendor | | | | $42,198.77 |
| Echo Global Logistics Inc.<br>22168 Network Place<br>Chicago, IL 60673 | | Vendor | | | | $10,082.00 |
| Glova Link Corporation<br>PO Box 2040<br>Whittier, CA 90610 | | Vendor | | | | $17,202.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor  BTG Textiles, Inc.                                              Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | | Payroll tax | | | | $15,083.10 |
| Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | | Federal taxes | | | | $199,330.00 |
| Mohammed D. Alam<br>710 Union Street<br>Montebello, CA 90640 | | Unpaid insider wages | | | | $13,366.80 |
| PAC Finance 1 LLC<br>17777 Center Court Dr. N Ste. 100<br>Cerritos, CA 90703 | | Vendor | | | | $112,765.44 |
| Prologis Targeted U.S. Logistics Fu<br>17777 Center Court Drive North<br>Ste 100<br>Cerritos, CA 90703 | | Unpaid rent | | | | $75,176.96 |
| R&R Logistics Specialists Inc.<br>737 Great Bend Dr.<br>Diamond Bar, CA 91765 | | Vendor | | | | $71,059.53 |
| Radhika Investments LLC<br>10255 General Drive, Unit A5<br>Orlando, FL 32824 | | Unpaid rent | | | | $13,270.61 |
| Saharish Fabrics (PVT) Limited<br>107 Agrics Town 4 Kilometer<br>Raiwind Road,<br>Lahore | | Vendor | | | | $275,765.00 |
| Suzhou Hengrum Import & Export<br>No 888 Chenghu Road<br>Suzhou, China 215128 | | Vendor | | | | $150,892.29 |
| Trans Pacific Logistic LLC<br>1744 W. 166th St. Ste. A<br>Gardena, CA 90247 | | Vendor | | | | $9,080.12 |

Debtor   BTG Textiles, Inc.　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US CBP Customs & Border Protection 1300 Pennsylvania Ave NW Rm 3.5A Washington, DC 20229 | | Customs & Border Protection | | | | $116,816.85 |
| Yohan Soleman Chowdhury 26 Deer Creek Irvine, CA 92604 | | Unpaid insider wages | | | | $28,171.11 |
| ZHC Inc. 52 Point Circle South Coram, NY 11727 | | Vendor | | | | $188,430.00 |

**United States Bankruptcy Court**
**Central District of California**

In re   BTG Textiles, Inc.
                                    Debtor(s)

Case No.
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mohammad Alam<br>710 Union Street<br>Montebello, CA 90640 | | 16% | |
| Syed Karim Raza<br>710 Union Street<br>Montebello, CA 90640 | | 10% | |
| Yohan Soleman Chowdhury<br>710 Union Street<br>Montebello, CA 90640 | | 74% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Yohan Soleman Chowdhury, as the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   01/24/2025

Signature _____
Yohan Soleman Chowdhury

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Montebello, California

Date: 01/24/2025

Yohan Soleman Chowdhury
Signature of Debtor 1

Signature of Debtor 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **BTG Textiles, Inc.**                                       Case No.
                                    Debtor(s)                       Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept A RETAINER OF | $ 25,000.00 |
    | Prior to the filing of this statement I have received A RETAINER OF | $ 25,000.00 |
    | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

    [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:

    [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_1/24/2025_                                 _/s/ Michael Jay Berger_
Date                                         Michael Jay Berger
                                             *Signature of Attorney*
                                             Law Offices of Michael Jay Berger
                                             9454 Wilshire Boulevard, 6th floor
                                             Beverly Hills, CA 90212
                                             (310) 271-6223   Fax: (310) 271-9805
                                             michael.berger@bankruptcypower.com
                                             *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐ Debtor(s) appearing without an attorney
☒ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

BTG Textiles, Inc.

CASE NO.:
CHAPTER: 11

Debtor(s)

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date  01/24/2025

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  1/24/2025

Signature of Attorney for Debtor (if applicable)

BTG Textiles, Inc.
710 Union Street
Montebello, CA 90640


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Bank of America
Attn: Bankruptcy NC4-10
POB 26012
Greensboro, NC 27410


Bank of America
PO Box 17237
Wilmington, DE 19886


Bank of America
PO Box 60519
City of Industry, CA 91716-0519


Bridge Law LLP
155 N. Riverview Dr., Ste. 213
Anaheim, CA 92808


C.H. Robinson International Inc.
PO Box 9121 Minneapolis
Minneapolis, MN 55480


California Department of Tax and
Fee Administration
P O Box 942879
Sacramento, CA 94279

Capital Once
PO Box 60519
City of Industry, CA 91716


Capital One
P.O. Box 60024
City Of Industry, CA 91716-0024


Crown Equipment Corporation
44 S. Washington Street
New Bremen, OH 45869


DHX
PO Box 845871
Los Angeles, CA 90084


Echo Global Logistics Inc.
22168 Network Place
Chicago, IL 60673


EDD
PO Box 826880
Sacramento, CA 94280


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Glova Link Corporation
PO Box 2040
Whittier, CA 90610

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


John Yarbrought
c/o Robert H Bare, Esq.
235 E. Broadway Ste. 1140
Long Beach, CA 90802


Logistics Fox
1290 N. Hancock St. Ste. 101
Anaheim, CA 92807


Lulu Maknun
710 Union Street
Montebello, CA 90640


Meerub Chowdhury
26 Deer Creek
Irvine, CA 92604


Mercedes Benz Financial
PO Box 5209
Carol Stream, IL 60197


Mercedes-Benz Financial Services
PO Box 5209
Carol Stream, IL 60197-5209


Mohammad Nazir
20697 Pioneer Blvd.
Lakewood, CA 90715

Mohammed D. Alam
710 Union Street
Montebello, CA 90640


PAC Finance 1 LLC
17777 Center Court Dr. N Ste. 100
Cerritos, CA 90703


Prologis
Attn: General Counsel
1800 Wazee Street, Ste 500
Denver, CO 80202


Prologis Targeted U.S. Logistics Fu
17777 Center Court Drive North
Ste 100
Cerritos, CA 90703


Prologis Targeted US Logistics Fund
17777 Center Crt Dr., Ste 100
Cerritos, CA 90703


R&R Logistics Specialists Inc.
737 Great Bend Dr.
Diamond Bar, CA 91765


Radhika Investments LLC
10255 General Drive, Unit A5
Orlando, FL 32824


Radhika Investments LLC
c/o Abhimanyu Mansinghka
5792 Covington Cove Way
Orlando, FL 32829

Saharish Fabrics (PVT) Limited
107 Agrics Town 4 Kilometer
Raiwind Road, Lahore


Suzhou Hengrum Import & Export
No 888 Chenghu Road
Suzhou, China 215128


Syed Karim Raza
710 Union Street
Montebello, CA 90640


TD Auto Finance
PO Box 100295
Columbia, SC 29202


Trans Pacific Logistic LLC
1744 W. 166th St. Ste. A
Gardena, CA 90247


Transportation Alliance Bank Inc.
4185 Harrison Blvd.
Ogden, UT 84403


U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012


UCFS Las Vegas
10205 Painter Ave.
Santa Fe Springs, CA 90670

Unicarriers Capital, a Program
of De Lage Landen Financial Service
1111 Old Eagle School Road
Wayne, PA 19087


US CBP Customs & Border Protection
1300 Pennsylvania Ave NW Rm 3.5A
Washington, DC 20229


Verizon Wireless
PO Box 660108
Dallas, TX 75266


Yohan Soleman Chowdhury
26 Deer Creek
Irvine, CA 92604


Yohan Soleman Chowdhury
710 Union Street
Montebello, CA 90640


ZHC Inc.
52 Point Circle South
Coram, NY 11727

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>Michael Jay Berger (SBN 100291)<br>Sofya Davtyan (SBN 259544)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>E-mail: Michael.Berger@bankruptcypower.com<br>E-mail: Sofya.Davtyan@bankruptcypower.com<br><br>[✓] Attorneys for: BTG Textiles, Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>BTG Textiles, Inc.<br>Debtor.<br><br>Plaintiff(s).<br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Yohan Soleman Chowdhury_____, the undersigned in the above-captioned case, hereby declare
   *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                   F 1007-4.CORP.OWNERSHIP.STMT

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:
   **See Addendum**

   b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

1/24/2025
Date

By _____
Signature of Debtor, or attorney for Debtor

Name: **Yohan Soleman Chowdhury**
Printed name of Debtor, or attorney for Debtor

---

December 2012

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

F 1007-4.CORP.OWNERSHIP.STMT

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Yohan Soleman Chowdhury (74% equity security holder)
26 Deer Creek
Irvine, CA 92604

Mohammed D. Alam (16% equity security holder)
710 Union Street
Montebello, CA 90640

Syed Karim Raza (10% equity security holder)
710 Union Street
Montebello, CA 90640

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 F 1007-4.CORP.OWNERSHIP.STMT